IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTHEW JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action. No. 19-896-RGA |
| | ) |
| OFFICER WILLIAM THOMAS, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM ORDER**

At Wilmington this 6th day of May, 2022,

IT IS ORDERED, as follows:

1. Plaintiff Matthew Jones, who appears *pro se* and has been granted leave to proceed *in forma pauperis*, filed this action on May 13, 2019. (D.I. 2). The matter proceeds on the Amended Complaint. (D.I. 8). On May 6, 2022, this Court reopened discovery for the limited purpose of discovery of facts relevant to the issues in the case. (D.I. 70). On April 11, 2022, the Clerk of Court received a mailing from Plaintiff seeking issuance of two subpoenas.

2. Federal Rule Civil Procedure 45 is the rule regarding issuance of a subpoena. A federal court has the inherent power to protect any one from oppressive use of process, even if no oppression is actually intended. *Badman v. Stark*, 139 F.R.D. 601, 605 (M.D. Pa. 1991). I have reviewed the subpoenas submitted by Plaintiff.

The Clerk of Court **shall not** issue the subpoenas directed to National Security Agency Central Security Service and Millford High School both of which seek discovery that is so overly broad and irrelevant to the issues in the case as to be oppressive.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE